IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC. | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: July 10, 2020

Date of Expiration of Patent: *See below

Thirty Month Stay Deadline: N/A

*The 10,610,510 Patent expires January 25, 2033.

*The 10,610,511 Patent expires October 10, 2034.

| | |
|---|---|
| August 21, 2020 | /s/ Derek J. Fahnestock |
| Date | Attorney(s) for Plaintiff |